UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LYNDALE R IVY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-00242-JPH-DLP |
| | ) |
| GREENE COUNTY SHERIFF'S DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

**ENTRY DIRECTING FINAL JUDGMENT**

On August 24, 2020, plaintiff Lyndale Ivy filed an amended complaint naming defendants Terry Wade, Zachary Mead, and Sheriff Michael Hassler. These defendants have not received service or filed a responsive pleading.

On October 30, 2020, Mr. Ivy filed a notice of dismissal. A plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Unless the notice states otherwise, the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B). Accordingly, this action is now **DISMISSED WITHOUT PREJUDICE**.

Final Judgment in accordance with this Order shall now issue.

**SO ORDERED.**

Date: 11/20/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

LYNDALE R IVY
5087
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

Daniel Mark Witte
TRAVELERS STAFF COUNSEL INDIANA
dwitte@travelers.com